**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 98-6761

_____

ALBERT CURTIS MILLS,

Plaintiff - Appellant,

versus

MR. OWENS,

Defendant - Appellee.

_____

No. 98-6762

_____

ALBERT CURTIS MILLS,

Plaintiff - Appellant,

versus

JOHNNIE WATKINS,

Defendant - Appellee.

_____

No. 98-6913

_____

ALBERT CURTIS MILLS,

Plaintiff - Appellant,

                    versus


MR. OWENS,

                                        Defendant - Appellee.

                    ─────────────

                        **No. 98-6920**

                    ─────────────


ALBERT CURTIS MILLS,

                                        Plaintiff - Appellant,

            versus


MR. OWENS,

                                        Defendant - Appellee.


                    ─────────────

Appeals from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CA-
97-3334-DKC, CA-97-3335-DKC)

                    ─────────────

Submitted:  March 11, 1999          Decided:  March 17, 1999

                    ─────────────

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

                    ─────────────

Nos. 98-6761 and 98-6762 dismissed and Nos. 98-6913 and 98-6920
affirmed by unpublished per curiam opinion.

                    ─────────────

Albert Curtis Mills, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Gloria Wilson Shelton, David Phelps Kennedy,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Albert Curtis Mills appeals various district court orders in two 42 U.S.C.A. § 1983 (West Supp. 1998) actions. We have reviewed the records and the district court's opinions and find no reversible error. We dismiss the appeals in Nos. 98-6761 and 98-6762, because Mills seeks to appeal non-existent orders. In Nos. 98-6913 and 98-6920, we affirm on the reasoning of the district court. See Mills v. Owens; Mills v. Watkins, Nos. CA-97-3334-DKC; CA-97-3335-DKC (D. Md. June 4 & 5, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

Nos. 98-6761/98-6762 - DISMISSED

Nos. 98-6913/98-6920 - AFFIRMED

3